# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| FIRST CHOICE CHIROPRACTIC, LLC, *et al.* | CASE NO. 1:19-CV-2010 |
| Plaintiffs, | MAGISTRATE WILLIAM H. BAUGHMAN, JR. |
| *vs.* | **JOINT STIPULATION OF THE PARTIES FOR FINAL ADJUDICATION UPON THE MERITS** |
| OHIO GOVERNOR MIKE DeWINE, *et al.* | |
| Defendants | |

## **STIPULATION**

Plaintiffs, First Choice Chiropractic, LLC, James Fonner, D.C., Prestige Chiropractic & Injury, LLC, Rennes Bowers, D.C., Allied Health & Chiropractic, LLC, Ty Dahodwala, D.C., and Schroeder Referral Systems, Inc., and Defendants, Ohio Governor Mike DeWine, Ohio Attorney General Dave Yost, and Ohio State Chiropractic Board, being all the parties to this action, stipulate and agree that they do not intend to submit any further evidence or argumentation in these proceedings, and this Court may proceed to adjudicate the merits of the First Amended Complaint's claims for declaratory and injunctive relief based upon the present record. The parties adopt by reference their earlier evidentiary submissions, legal positions, and pleadings, none of which are being waived. The parties further agree that the entry of final judgment should reflect that they are bearing their own costs.

PAUL W. FLOWERS CO.
50 Public Sq., Ste 1910
Cleveland, Ohio 44113
(216) 344-9393
Fax: (216) 344-9395

Respectfully Submitted,

| | |
|---|---|
| *s/Paul W. Flowers* | *s/Tiffany L. Carwile* |
| Paul W. Flowers, Esq. (#0046625) | Tiffany L. Carwile, Esq. (#0082522) |
| Louis E. Grube, Esq. (#0091337) | Michael A. Walton, Esq. (#0092201) |
| **PAUL W. FLOWERS, CO., L.P.A.** | Assistant Attorney General |
| Terminal Tower, Suite 1910 | Constitutional Offices Section |
| 50 Public Square | 30 East Broad Street, 16th Floor |
| Cleveland, Ohio 44113 | Columbus, Ohio  43215 |
| (216) 344-9393 | (614) 466-2872 |
| pwf@pwfco.com | tiffany.carwile@ohioattorneygeneral.gov |
| leg@pwfco.com | michael.walton@ohioattorneygeneral.gov |

*Attorneys for Plaintiffs,*  *Attorneys for Defendants,*
*First Choice Chiropractic,*  *Governor DeWine and Attorney General Yost*
*LLC, et al.*

*s/Katherine J. Bockbrader*
Katherine J. Bockbrader, Esq. (#0066472)
Assistant Attorney General
Health and Human Services  Section
30 East Broad Street, 26th Floor
Columbus, Ohio  43215
(614) 466-8600
katherine.bockbrader@ohioattorneygeneral.gov

*Attorney for Defendant,*
*Ohio State Chiropractic Board*